No. 6101.—BIANCHI, apldo., *v.* DOMENECH, TES., aplte.—C. D. Mayagüez. ▆▆▆▆▆▆▆▆▆▆▆ Julio 23, 1934.

Se declara con lugar la moción sobre modificación de sentencia oída hoy con asistencia de las partes, y en su consecuencia se modifica la sentencia dictada por este tribunal en junio 26 de 1934, la cual deberá leer como sigue:

"Por los fundamentos consignados en la anterior opinión, se modifica la sentencia apelada que dictó la Corte de Distrito de Mayagüez en abril 25, 1932, quedando sin efecto la misma en cuanto al pronunciamiento de costas y honorarios de abogado, y así modificada se confirma dicha sentencia en sus demás particulares.

El Juez Asociado Sr. Córdova Dávila no intervino."

No. 5428.—MARCHÁN Y MARTÍNEZ, apldos., *v.* MOCZÓ Y FERNÁNDEZ, apltes.—C. D. San Juan. ▆▆▆▆▆▆▆▆ Septiembre 29, 1934.

Por los fundamentos de la opinión emitida en el caso No. 5369, *Francisco Marchán Sicardó y José Martínez Llonín* v. *Bernardo Fernández Porrero,* resuelto en el día de hoy, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en septiembre 9, 1929.

No. 5707.—ESTEVES, aplte., *v.* MUNICIPIO DE AGUADILLA, apldo.— C. D. Aguadilla. ▆▆▆▆▆▆▆▆▆ Septiembre 29, 1934.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso número 5706, *Compañía Industrial de Aguadilla, Inc.* v. *El Municipio de Aguadilla,* se confirma la sentencia apelada que dictó la Corte de Distrito de Aguadilla en el caso de epígrafe, con fecha 13 de marzo de 1931.

No. 6842.—LÓPEZ, apldo., v. QUIÑONES, ETC., dmdos. y GONZÁLEZ, aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆ Noviembre 5, 1934.

Resultando académica la resolución de este caso ya que lo que se pide al Tribunal en la moción que se le presentara cuando estaba en vacaciones, es la suspensión de una subasta que habría de celebrarse en octubre 19 último; no ha lugar.